AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| JENNIFER LYNN NEMEC | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. |
| FINANCIAL RECOVERY CENTER, INC., et al. | ) ) | C09 06101 PVT |
| *Defendant* | ) | |

ADR

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* David F. Garlock
McMillan & Andrews, LLC
5677 South Transit Road, PMB 325
Lockport, NY 14094-5842

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Fred W. Schwinn
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, CA  95113-2418

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: DEC 3 1 2009

*Signature of Clerk or Deputy Clerk*
Tiffany Salinas-Harwell

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Fred W. Schwinn (SBN 225575)<br>Consumer Law Center, Inc.<br>12 South First Street, Suite 1014<br>San Jose, California 95113-2418<br>TELEPHONE NO.: (408) 294-6100   FAX NO. *(Optional):* (408) 294-6190<br>E-MAIL ADDRESS *(Optional):* fred.schwinn@sjconsumerlaw.com<br>ATTORNEY FOR *(Name):* PLAINTIFF | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: UNITED STATES DISTRICT COURT FOR THE
MAILING ADDRESS: NORTHERN DISTRICT OF CALIFORNIA
CITY AND ZIP CODE: 280 South First Street, Room 2112
BRANCH NAME: San Jose, California 95113

PLAINTIFF/PETITIONER: JENNIFER LYNN NEMEC

DEFENDANT/RESPONDENT: FINANCIAL RECOVERY CENTER, INC.

CASE NUMBER: C09-06101-PVT

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*: Order Setting Initial Case Management Conference; Standing Order Regarding Case Management in Civil Cases; Consent to Proceed Before a US Magistrate Judge; ECF Registration Information Handout
3. a. Party served *(specify name of party as shown on documents served)*:
   David F. Garlock

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   5677 South Transit Road, PMB 325
   Lockport, NY 14094-5842
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:   (2) at *(time)*:
   b. [ ] **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

*Martin Dean's*
**ESSENTIAL FORMS™**

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

| | |
|---|---|
| PLAINTIFF/PETITIONER: JENNIFER LYNN NEMEC | CASE NUMBER: |
| DEFENDANT/RESPONDENT: FINANCIAL RECOVERY CENTER, INC. | C09-06101-PVT |

5. c. [X] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
    (1) on *(date)*: February 19, 2010    (2) from *(city)*: San Jose, California
    (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30.)
    (4) [X] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
  d. [ ] **by other means** *(specify means of service and authorizing code section)*:

    [X] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [ ] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify)*:
  c. [ ] as occupant.
  d. [ ] On behalf of *(specify)*:
    under the following Code of Civil Procedure section:
      [ ] 416.10 (corporation)      [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)      [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)      [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)      [ ] 415.46 (occupant)
                                                                                   [ ] other:

7. **Person who served papers**
  a. Name: Fred W. Schwinn
  b. Address: 12 South First Street, Suite 1014, San Jose, CA 95113-2418
  c. Telephone number: (408) 294-6100
  d. **The fee** for service was: $
  e. I am:
    (1) [ ] not a registered California process server.
    (2) [X] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ ] registered California process server:
      (i) [ ] owner    [ ] employee    [ ] independent contractor.
      (ii) Registration No.:
      (iii) County:

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: March 4, 2010

Fred W. Schwinn (SBN 225575)                       ▶ /s/
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)           (SIGNATURE)

MC-025

| SHORT TITLE: NEMEC v. FINANCIAL RECOVERY CENTER, INC., et al. | CASE NUMBER: C09-06101-PVT |

**ATTACHMENT** (Number): 1
(This Attachment may be used with any Judicial Council form.)

[Image of U.S. Postal Service Certified Mail Receipt addressed to David F. Garlock, McMillian & Andrews, LLC, 5677 South Transit Road, PMB 325, Lockport, NY 14094-5842. Article number 7008 1140 0002 7173 1066. Total Postage & Fees $10.65, postmarked 02/19/2010.]

[Image of PS Form 3811 Domestic Return Receipt signed and received by K. DeLuc, Date of Delivery 2/23/10, addressed to David F. Garlock, McMillian & Andrews, LLC, 5677 South Transit Road, PMB 325, Lockport, NY 14094-5842. Service Type: Certified Mail. Article Number 7008 1140 0002 7173 1066.]

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page 3 of 3
(Add pages as required)

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov


Martin Dean's
ESSENTIAL FORMS™

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Fred W. Schwinn (SBN 225575)<br>Consumer Law Center, Inc.<br>12 South First Street, Suite 1014<br>San Jose, California 95113-2418<br>TELEPHONE NO.: (408) 294-6100  FAX NO. (Optional): (408) 294-6190<br>E-MAIL ADDRESS (Optional): fred.schwinn@sjconsumerlaw.com<br>ATTORNEY FOR (Name): PLAINTIFF | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| STREET ADDRESS: UNITED STATES DISTRICT COURT FOR THE |
| MAILING ADDRESS: NORTHERN DISTRICT OF CALIFORNIA |
| CITY AND ZIP CODE: 280 South First Street, Room 2112 |
| BRANCH NAME: San Jose, California 95113 |

| PLAINTIFF/PETITIONER: JENNIFER LYNN NEMEC | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: FINANCIAL RECOVERY CENTER, INC. | C09-06101-PVT |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*: Order Setting Initial Case Management Conference; Standing Order Regarding Case Management in Civil Cases; Consent to Proceed Before a US Magistrate Judge; ECF Registration Information Handout
3. a. Party served *(specify name of party as shown on documents served)*:
      David F. Garlock

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)*(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   609 Market Street
   Lockport, NY 14094-2562
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:           (2) at *(time)*:
   b. [ ] **by substituted service.** On *(date)*:           at *(time)*:           I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:           from *(city)*:           or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

*Martin Dean's*
**ESSENTIAL FORMS™**

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: JENNIFER LYNN NEMEC | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: FINANCIAL RECOVERY CENTER, INC. | C09-06101-PVT |

5. c. [X] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
    (1) on *(date)*: February 19, 2010     (2) from *(city)*: San Jose, California
    (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30.)
    (4) [X] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
  d. [ ] **by other means** *(specify means of service and authorizing code section)*:

    [X] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [ ] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify)*:
  c. [ ] as occupant.
  d. [ ] On behalf of *(specify)*:
    under the following Code of Civil Procedure section:
      [ ] 416.10 (corporation)        [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)        [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)        [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)        [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)        [ ] 415.46 (occupant)
                                     [ ] other:

7. **Person who served papers**
  a. Name: Fred W. Schwinn
  b. Address: 12 South First Street, Suite 1014, San Jose, CA 95113-2418
  c. Telephone number: (408) 294-6100
  d. **The fee** for service was: $
  e. I am:
    (1) [ ] not a registered California process server.
    (2) [X] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ ] registered California process server:
      (i) [ ] owner    [ ] employee    [ ] independent contractor.
      (ii) Registration No.:
      (iii) County:

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: March 4, 2010



Fred W. Schwinn (SBN 225575)
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    ▶    (SIGNATURE)

MC-025

| SHORT TITLE: NEMEC v. FINANCIAL RECOVERY CENTER, INC., et al. | CASE NUMBER: C09-06101-PVT |
|---|---|

**ATTACHMENT** *(Number)* : 1

*(This Attachment may be used with any Judicial Council form.)*

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

LOCKPORT NY 14094

| Postage | $ | $0.55 | 0012 |
| Certified Fee | | $2.80 | 24 |
| Return Receipt Fee (Endorsement Required) | | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $10.65 | 02/19/2010 |

Sent To: David F. Garlock
Street, Apt. No.; or PO Box No.: 609 Market Street
City, State, ZIP+4: Lockport, NY 14094-2562

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
David F. Garlock
609 Market Street
Lockport, NY 14094-2562

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery 2-25-10

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number *(Transfer from service label)*: 7008 1140 0002 7173 1073

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 3 of 3
*(Add pages as required)*

| Form Approved for Optional Use Judicial Council of California MC-025 [Rev. July 1, 2009]  Martin Dean's ESSENTIAL FORMS™ | **ATTACHMENT to Judicial Council Form** | www.courtinfo.ca.gov |