1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
6  JENNIFER LYNN NEMEC

FILED

APR 0 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7              UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                    SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER LYNN NEMEC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FINANCIAL RECOVERY CENTER, INC., a New York corporation; TODD O. LARABA, individually and in his official capacity; MCMILLIAN & ANDREWS, LLC, A/K/A MCMILLIAN, ANDREWS AND ASSOCIATES, LLC, a business entity of unknown type; DAVID F. GARLOCK, individually and in his official capacity; MICHAEL D. ENZINNA, individually and in his official capacity; JUSTIN J. TATA, A/K/A JOSEPH J. ROMANO, individually and in his official capacity; MARK E. LEWIS, individually and in his official capacity; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. C09-06101-JW-PVT<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

　　　Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
　　　☐　　Non-binding Arbitration (ADR L.R. 4)
　　　☐　　Early Neutral Evaluation (ENE) (ADR L.R. 5)
　　　☒　　Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs that any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

_____

_____

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐ other requested deadline _____

Dated: March 23, 2010            /s/ Fred W. Schwinn
                                 Attorney for Plaintiff

Dated: March 23, 2010            /s/ Darrell W. Spence
                                 Attorney for Defendants

Dated: March 23, 2010            /s/ Kari Silva
                                 Attorney for Defendants

## [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
☐ Non-binding Arbitration
☐ Early Neutral Evaluation (ENE)
☒ Mediation
☐ Private ADR

Deadline for ADR session
☒ 90 days from the date of this order.
☐ other _____

IT IS SO ORDERED.

Dated: April 8, 2010             /s/ James Ware
                                 UNITED STATES DISTRICT JUDGE