UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER LYNN NEMEC,<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL RECOVERY CENTER, INC., a New York Corporation; TODD O. LARABA, individually and in his capacity; MCMILLIAN & ANDREWS, LLC aka MCMILLIAN, ANDREWS AND ASSOCIATES, LLC, a business entity of unknown type; DAVID F. GARLOCK, individually and in his official capacity; MICHAEL D. ENZINNA, individually and in his official capacity; MARK E. LEWIS, individually and in his official capacity; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.  5:09-cv-06101-JW<br><br>[PROPOSED] ORDER EXTENDING DEADLINE TO CONDUCT MEDIATION |

GOOD CAUSE APPEARING, it is hereby ordered that the current deadline to conduct mediation in this action is extended from July 7, 2010 to September 5, 2010.

**IT IS SO ORDERED.**

Dated: July 7, 2010

_____
UNITED STATES DISTRICT JUDGE

944724.1 12374.002                                    - 1 -                                   CASE NO.  5:09-cv-06101-JW

[PROPOSED] ORDER CONTINUING DEADLINE TO CONDUCT MEDIATION

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
ATTORNEYS AT LAW