UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| JENNIFER LYNN NEMEC,<br>     Plaintiff,<br><br>     v.<br><br>FINANCIAL RECOVERY CENTER, INC., et al.,<br>     Defendants.<br>                                                                    / | No. C 09-6101 LHK<br><br>**ORDER DENYING REQUEST FOR DEFENDANT MARK LEWIS TO ATTEND THE MEDIATION TELEPHONICALLY**<br><br>Date:        August 27, 2010<br>Mediator:   Timothy Carr |

IT IS HEREBY ORDERED that the request for defendant Mark Lewis to be excused from personally attending the August 27, 2010 mediation session before Timothy Carr is DENIED. The court finds that Mr. Lewis has <u>not</u> demonstrated that his personally attending the mediation would "impose an extraordinary or otherwise unjustifiable hardship" in accordance with ADR L.R. 6-10(d). Accordingly, the court DENIES the request to be relieved from compliance with the ADR Local Rules and ORDERS Mr. Lewis to appear at the mediation in person.

IT IS SO ORDERED.

August 20, 2010                        By:            *Elizabeth D. Laporte*
Dated                                                        Elizabeth D. Laporte
                                                              United States Magistrate Judge