<small>UNITED STATES DISTRICT COURT<br>For the Northern District of California</small>

UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| JENNIFER LYNN NEMEC,<br>    Plaintiff,<br><br>  v.<br><br>FINANCIAL RECOVERY CENTER, INC., et al.,<br>    Defendants.<br>_____/ | No. C 09-6101 LHK<br><br>**ORDER GRANTING REQUEST FOR DEFENDANT DAVID GARLOCK TO ATTEND THE MEDIATION TELEPHONICALLY AND ADDRESSING DEFENDANT MARK LEWIS'S BANKRUPTCY FILING**<br><br>Date:      August 27, 2010<br>Mediator:  Timothy Carr |

IT IS HEREBY ORDERED that the request for defendant David Garlock to be excused from personally attending the August 27, 2010 mediation session before Timothy Carr is GRANTED. Mr. Garlock shall be available to participate telephonically in the mediation at all times in accordance with ADR L.R. 6-10(f).

IT IS FURTHER ORDERED that defendant Mark Lewis, whose request to appear telephonically at the mediation was denied by the court, and who has filed a Notice of Filing of Bankruptcy, may appear in person or telephonically at the mediation, if he wishes to do so. In view of the bankruptcy stay as to Mr. Lewis, he is not required to participate in the mediation.

IT IS SO ORDERED.

August 25, 2010                         By:        *Elizabeth D. Laporte*
Dated                                                          Elizabeth D. Laporte
                                                       United States Magistrate Judge