UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER LYNN NEMEC,          )<br>                                                     )<br>                 Plaintiff,           )<br>         v.                                  )<br>                                                     )<br>FINANCIAL RECOVERY CENTER, )<br>INC., ET AL.,                             )<br>                 Defendants.      )<br>_____ ) | Case No.: C 09-06101 JW (PVT)<br><br>**INTERIM ORDER RE PLAINTIFF NEMEC'S MOTION TO COMPEL**<br><br>**[Docket No. 70]** |

　　　　Plaintiff Jennifer Lynn Nemec moves to compel the deposition of Todd O. Laraba and for production of documents. Defendants Financial Recovery Center, Inc., Todd O. Laraba and Mark E. Lewis oppose the motion. (collectively "defendants"). Having reviewed the motion and considered the arguments of counsel,

　　　　IT IS HEREBY ORDERED that plaintiff Nemec shall file the settlement agreement in the above-captioned action.[1]

　　　　Plaintiff Nemec moves to compel defendant Todd O. Laraba to appear for deposition and to produce documents. Defendant Laraba contends that the case has settled and there is no basis to compel a deposition. The court will review the settlement agreement to determine whether there are

---

[1]　　　　The holding of this court is limited to the facts and particular circumstances underlying the present motion.

ORDER, *page 1*

any outstanding claims. The settlement agreement shall be filed no later than December 6, 2010. Pursuant to Civ. L.R. 79-5, it may be filed under seal.

IT IS SO ORDERED.

Dated: November 30, 2010

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*