1  JUNE COLEMAN, State Bar No. 191890
   jcoleman@kmtg.com
2  CANDICE L. FIELDS, State Bar No. 172174
   cfields@kmtg.com
3  KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
   400 Capitol Mall, 27th Floor
4  Sacramento, CA  95814
   Telephone:   (916) 321-4500
5  Facsimile:   (916) 321-4555

6  Attorneys for Defendants, FINANCIAL RECOVERY
   CENTER, INC., TODD O. LARABA and MARK E. LEWIS
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

| | |
|---|---|
| JENNIFER LYNN NEMEC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FINANCIAL RECOVERY CENTER, INC., a New York Corporation; TODD O. LARABA, individually and in his capacity; MCMILLIAN & ANDREWS, LLC A/K/A MCMILLIAN & ANDREWS AND ASSOCIATES, LLC, a business entity of unknown type; DAVID F. GARLOCK, individually and in his official capacity; MICHAEL D. ENZINNA, individually and in his official capacity; MARK E. LEWIS, individually and in his official capacity; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 5:09-cv-06101-LHK<br><br>**AMENDED NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW AS DEFENSE COUNSEL**<br><br>Date:　　　January 27, 2011<br>Time:　　　1:30 p.m.<br>Courtroom: 4, 5th Floor<br>Judge:　　　Hon. Lucy H. Koh<br>　　　　　　280 South 1st Street<br>　　　　　　San Jose, CA 95113 |

**AMENDED NOTICE OF MOTION AND MOTION FOR LEAVE
TO WITHDRAW AS DEFENSE COUNSEL**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

　　　　PLEASE TAKE NOTICE that on January 27, 2011, at 1:30 p.m. in Courtroom No. 4, 5th Floor of the above-captioned Court, KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD, counsel of record for FINANCIAL RECOVERY CENTER, INC. MARK LEWIS, and TODD O. LARABA (hereinafter jointly "FRC"), will move to withdraw as FRC's counsel of

| | |
|---|---|
| 1 | record pursuant to **Civil Local Rule 11-5.** |
| 2 | The grounds for the Motion are that FRC consents to the requested withdrawal. Also, |
| 3 | FRC has not paid counsel for legal services provided in this case. |
| 4 | The instant Motion is based upon the attached Memorandum of Points and Authorities, |
| 5 | the attached Declaration of June D. Coleman, the files and records in the case, and any further |
| 6 | evidence or argument presented at the hearing for this Motion. |

Dated: December 10, 2010

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation


By: /s/ June D. Coleman
    June D. Coleman
    Attorneys for Defendants, FINANCIAL RECOVERY CENTER, INC., TODD O. LARABA and MARK E. LEWIS

957921.1 12374.002     - 2 -     Case No.: 5:09-cv-06101-LHK

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
ATTORNEYS AT LAW
SACRAMENTO

**AMENDED** NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW AS DEFENSE COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JUNE D. COLEMAN

# PROOF OF SERVICE

I, Amy Kauba, declare:

I am a citizen of the United States and employed in Sacramento County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 400 Capitol Mall, 27th Floor, Sacramento, California 95814. On December 10, 2010, I served a copy of the within document(s):

**AMENDED NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW AS DEFENSE COUNSEL**

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

| | |
|---|---|
| Fred W. Schwinn<br>Consumer Law Center, Inc.<br>12 South First Street, Suite 1014<br>San Jose, CA 95113-2418 | Fred.schwinn@sjconsumerlaw.com<br>Tel No. (408) 294-6100<br>Fax No.: 408-294-6190 |
| Ronald Wilcox<br>Attorney At Law<br>1900 The Alameda, Suite 530<br>San Jose, CA 95126 | E-Mail:ronaldwilcox@post.harvard.edu<br>Tel No. (408) 296-0400<br>Fax No.: 408-296-0486 |
| Kari Lynn Silva<br>Campeau Goodsell Smith<br>440 N. 1st St., Suite 100<br>San Jose, CA 95112 | E-Mail ksilva@campeaulaw.com<br>Tel No. (408) 295-9555<br>Fax No. (408) 852-0233 |

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Sacramento, California addressed as set forth below.

| | |
|---|---|
| Mark E. Lewis<br>Law Offices of Mark Lewis PLLC<br>4431 Union Road<br>Cheektowaga, NY 14225 | Todd Laraba<br>Financial Recovery Center, Inc.<br>908 Nigara Falls Blvd. #220<br>North Tonawanda, NY 14120 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

957921.1 12374.002 - 3 - Case No.: 5:09-cv-06101-LHK

AMENDED NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW AS DEFENSE COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JUNE D. COLEMAN

1  I declare that I am employed in the office of a member of the bar of this court at whose
2  direction the service was made.
3      Executed on December 10, 2010, at Sacramento, California.

_____
Amy Kauba

957921.1 12374.002 — - 4 - — Case No.: 5:09-cv-06101-LHK

**AMENDED** NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW AS DEFENSE COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JUNE D. COLEMAN

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
ATTORNEYS AT LAW
SACRAMENTO