GREGORY CHARLES, ESQ., BAR NO. 208583
KARI SILVA, ESQ., BAR NO. 257033
CAMPEAU GOODSELL SMITH
440 North First Street, Ste. 100
San Jose, California 95112
Telephone: 408.295.9555
Facsimile: 408.852.0233
gcharles@campeaulaw.com
ksilva@campeaulaw.com

Counsel for David Garlock, Justin Tata and
McMillan & Andrews LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER LYNN NEMEC, | ) 09-06101-LHK-PVT |
| Plaintiff, | ) **RESPONSE TO PLAINTIFF'S LIMITED** |
| | ) **OPPOSITION FOR DETERMINATION FOR** |
| v. | ) **GOOD FAITH SETTLEMENT** |
| | ) |
| FINANCIAL RECOVERY CENTER, INC., | ) |
| A NEW YORK CORPORATION; TODD | ) Date:     January 27, 2011 |
| O. LABRABA, INDIVIDUALLY AND | ) Time:     1:30 p.m. |
| IN HIS OFFICIAL CAPACITY; MCMILLIAN | ) Hon. Lucy Koh |
| & ANDREWS, LLC, A/K/A | ) U.S. District Court |
| MCMILLIAN, ANDREWS AND | ) 280 South 1st St., San Jose CA |
| ASSOCIATES, LLC, A BUSINESS | ) |
| ENTITITY OF UNKNOWN TYPE; | ) |
| DAVID GARLOCK, INDIVIDUALLY | ) |
| AND IN HIS OFFICIAL CAPACITY; | ) |
| MICHAEL D. ENZINNA, INDIVIDUALLY | ) |
| AND IN HIS OFFICIAL CAPACITY; | ) |
| JUSTIN TATA, AKA JOSEPH J. | ) |
| ROMANO, INDIVIDUALLY AND | ) |
| IN HIS OFFICIAL CAPACITY; | ) |
| AND DOES 1 THROUGH 10 INCLUSIVE | ) |
| | ) |
| | ) |
| Defendants. | ) |

Defendant McMillan and Andrews, David Garlock, Justin Tata aka Joseph Romano

(collectively "McMillan") respond to Jennifer Nemec's (the "Plaintiff") Limited Opposition to the

Motion for Determination for Good Faith Settlement.  This case involves multiple defendants (1)

McMillan, (2) Financial Recovery Center, Todd Laraba and Mark Lewis (collectively "Financial Recovery") and (3) Michael Enzinna ("Enzinna").

McMillan and the Plaintiff agreed to settle this matter and release all claims on September 27, 2010.  (See Exhibit "1").  The settlement became convoluted due to multiple unrelated defendants.  McMillan's primary purpose in settling this matter was to avoid continued litigation costs.  To prevent future litigation, the settlement requires the Plaintiff to dismiss this action with prejudice against all defendants in this matter including Michael Enzinna after McMillan's last check clears, which should be about February 18, 2011. (Exhibit 1 ¶4).

Though the risk of potential litigation from the other defendants is minimal, the right to file a good faith settlement is to protect McMillan from future contribution or indemnity claims from the non-settling defendant Michael Enzinna.  The settlement allows McMillan to file a motion for a good faith settlement agreement if the funds from the other Defendants (Financial Recovery et al.) do not clear the bank by October 14, 2010. (Exhibit 1¶6)

1.   A good faith settlement is to protect a settling defendant against other non-settling defendants.

2.  It was improper for the Plaintiff to oppose the motion, even a limited opposition, as Plaintiff had agreed to the filing of the Motion for Determination of Good Faith Settlement (the "Motion").

3.  The Plaintiff filed the limited opposition to the Motion based on the actions of Financial Recovery.  Any action by Financial Recovery has nothing to do with McMillan or the Motion.

4.  None of the other defendants have objected to the Motion.

5.  The settlement was fair to all parties.

The settlement provides for mutual release of all claims between McMillan and the Plaintiff. McMillan has fulfilled its settlement obligations.  Based on the settlement agreement, McMillan respectfully requests the court:

(1)  Approve the application for good faith settlement and

(2)  dismiss the entire action with prejudice

1   Dated: January 19, 2011            CAMPEAU GOODSELL SMITH
2                                      A Law Corporation

3

4                                      By: ___/s/: Kari L. Silva___
                                            Kari L. Silva
5                                           Attorneys for McMillan and Andrews, LLC,
                                            David Garlock and Justin Tata

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28