GREGORY CHARLES, ESQ., BAR NO. 208583
KARI SILVA, ESQ., BAR NO. 257033
CAMPEAU GOODSELL SMITH
440 North First Street, Ste. 100
San Jose, California 95112
Telephone: 408.295.9555
Facsimile: 408.852.0233
gcharles@campeaulaw.com
ksilva@campeaulaw.com

*Counsel for David Garlock, Justin Tata and McMillan & Andrews LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER LYNN NEMEC,<br><br>              Plaintiff,<br><br>       v.<br><br>FINANCIAL RECOVERY CENTER, INC., A NEW YORK CORPORATION; TODD O. LABRABA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; MCMILLIAN & ANDREWS, LLC, A/K/A MCMILLIAN, ANDREWS AND ASSOCIATES, LLC, A BUSINESS ENTITITY OF UNKNOWN TYPE; DAVID GARLOCK, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; MICHAEL D. ENZINNA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; JUSTIN TATA, AKA JOSEPH J. ROMANO, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; AND DOES 1 THROUGH 10 INCLUSIVE<br><br>              Defendants. | Case No. 09-06101-LHK-PVT<br><br>[~~PROPOSED~~] ORDER DETERMINING GOOD FAITH OF SETTLEMENT BETWEEN JENNIFER NEMEC, McMILLAN AND ANDREWS, LLC., DAVID GARLOCK AND JUSTIN TATA also known as JOSEPH J. ROMANO<br><br>**CAL. CODE CIV. PRO. §877.6(A)(2)**<br><br>Hearing Date: January 27, 2010<br>Trial Date:     April 27, 2011 |

Defendants, McMillan and Andrews, LLC., ("McMillan and Andrews") David Garlock ("Garlock") and Justin Tata also known as Joseph J. Romano ("Tata")(collectively "McMillan") filed an application with this Court in accordance with Cal. Code Civ. Pro. §877.6(a)(2) for a

1  determination that the settlement between McMillan and Andrews, Garlock, Tata and Plaintiff
2  Jennifer Nemec ("Nemec") was made in good faith.  The Proof of Service filed with the application
3  indicates that each party was served with the application via certified mail on October 12, 2010, and
4  a non-settling party has not filed a notice of motion to contest the good faith of the settlement within
5  20 days.  The motion is appropriate for resolution without oral argument. Civ. L. R. 7-1(b).
6        THE COURT HEREBY FINDS that the settlement dated September 27, 2010, entered into
7  between McMillan and Andrews, Garlock, Tata and Plaintiff was and is made in good faith.
8  The settlement, attached as Exhibit 1 to Docket Number 66, is incorporated into this Order.
9  Pursuant to paragraph 4 of the settlement, Plaintiff shall file a stipulation of dismissal with prejudice
10  as to the McMillan Defendants upon clearance of the last check in February 2011.
11  The January 27, 2011 hearing and CMC are vacated.
12  IT IS SO ORDERED
13  Date: January 26, 2011                                                 *Lucy H. Koh*
14                                                                                      LUCY H. KOH
15                                                                                      UNITED STATES DISTRICT JUDGE