1  Ronald Wilcox, Esq., 176601
   2160 The Alameda, First Floor, Suite F
2  San Jose, CA 95126
   Tel: 408-296-0400
3  Fax: 408-296-0486

4  **COUNSEL FOR PLAINTIFF**

5              UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
6                   SAN JOSE DIVISION

7  JENNIFER LYNN NEMEC,

8          Plaintiff,                    Case No.  C09-06101 LHK

9      vs.                               **STIPULATION TO DISMISS
                                         DEFENDANTS MCMILLAN AND
10  FINANCIAL RECOVERY CENTER,           ANDREWS, LLC, DAVID GARLOCK, and
    INC., et al.                         JUSTIN TATA WITH PREJUDICE, and
11                                        [Proposed] ORDER**

          Defendants.
12

13

14  TO THE HONORABLE UNITED STATES DISTRICT COURT:

15      A settlement having been reached in this case the parties hereby stipulate

16  to dismiss this action with prejudice as to Defendants McMillan and Andrews,

17  LLC, David Garlock, and Justin Tata.

18
    Date: _March 11, 2011_
19
    _____
20  Ronald Wilcox, Esq.
    Attorney for Plaintiff
21

22  _____
23  Kari Silva, Eq.
    Attorney for Defendants
24  McMilman and Andrews,
    LLC, David Garlock, and
25  Justin Tata

## ORDER

The Court hereby adopts the stipulation of the above-mentioned parties.

**IT IS SO ORDERED.**

Date: March 14, 2011

*Lucy H. Koh*

**HON. LUCY KOH**
**UNITED STATES DISTRICT JUDGE**