**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JENNIFER NEMEC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FINANCIAL RECOVERY CENTER, TODD ) <br> LARABA, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | CIV. NO. C09-06101 LHK <br><br> **ORDER DISMISSING CASE** |

On March 14, 2011, the Court entered an Order dismissing Defendants McMillan & Andrews LLC, David Garlock, and Justin Tata pursuant to a settlement agreement. *See* Dkt. #100. Pursuant to this Court's Order granting Plaintiff's motion to enforce the settlement agreement [dkt. #94], judgment was also entered in favor of Plaintiff Jennifer Nemec and against Defendants Financial Recovery Center and Todd Laraba in the amount of $10,000. Pursuant to stipulation, Defendants Michael Enzinna and Mark E. Lewis have been dismissed by Plaintiff. The action against all Defendants

1  having been resolved, the case is dismissed with prejudice and the Clerk is directed to close the file.

2  **IT IS SO ORDERED.**

Date: March 16, 2011

*Lucy H. Koh*

HON. LUCY H. KOH
U.S. DISTRICT JUDGE