1

2

3

4

5

6

7

8

9

10

ATTORNEYS FOR PLAINTIFFS

11

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

12

**SAN JOSE DIVISION**

13

JENNIFER NEMEC,                                    )
                                                   )      CIV. NO. C09-06101 LHK
14                                                 )
                                                   )
15              Plaintiff,                         )
                                                   )
16         v.                                      )      [~~PROPOSED~~] JUDGMENT
                                                   )
17  FINANCIAL RECOVERY CENTER, TODD )
    LARABA, et al.,                                )
18                                                 )
                                                   )
19              Defendants.                        )
                                                   )

20

21      Judgment is hereby entered in favor of Plaintiff Jennifer Nemec and against Defendants

22  Financial Recovery Center and Todd Laraba in the amount of $10,000.

23  **IT IS SO ORDERED.**

24
    Date:   March 21, 2011
25

26  _Lucy H. Koh_

27  HON. LUCY KOH
    U.S. DISTRICT JUDGE

28

- 1 -